# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# SOUTHERN DIVISION

| | | |
|---|---|---|
| **RSL FUNDING, LLC, ET AL.** | § | **PLAINTIFFS** |
| | § | |
| v. | § | **CAUSE NO. 1:10CV145 LG-RHW** |
| | § | |
| **BENNY RAY SAUCIER, ET AL.** | § | **DEFENDANTS** |

## FINAL JUDGMENT

In accordance with the Order of Dismissal entered herewith;

**IT IS ORDERED AND ADJUDGED** that Plaintiff's Complaint is **DISMISSED WITHOUT PREJUDICE** pursuant to FED. R. CIV. P. 4(m).

**SO ORDERED AND ADJUDGED** this the 1st day of November, 2010.

s/ *Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
UNITED STATES DISTRICT JUDGE